No. 29. UNITED STATES *v.* CENTRAL EUREKA MINING Co. ET AL. Certiorari, 352 U. S. 964, to the Court of Claims. The motion to remove this case from the summary calendar is granted. Reported below: 134 Ct. Cl. 1, 130, 138 F. Supp. 281, 146 F. Supp. 476.

No. 165. LERNER *v.* CASEY ET AL., CONSTITUTING THE NEW YORK CITY TRANSIT AUTHORITY. Appeal from the Court of Appeals of New York. The motion of appellant for leave to proceed *in forma pauperis* is granted. *Leonard B. Boudin* was on the motion for appellant.

No. 322. ROMERO *v.* INTERNATIONAL TERMINAL OPERATING Co. ET AL. Certiorari, 355 U. S. 807, to the United States Court of Appeals for the Second Circuit. The motion to dispense with printing of the record is granted. *Silas B. Axtell* was on the motion for petitioner.

No. 194, Misc. HUBBARD ET UX. *v.* BROOKS, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus denied. Petitioners *pro se. Solicitor General Rankin* for respondent.